No. 01–5939. BISHOP *v.* COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5953. TEZENO *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 01–5959. LUCKY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–5963. NELSON *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5974. LEVY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5982. FRAZIER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–5983. PARAMO *v.* CANDELARIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5987. CLARK *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 01–6002. MITCHELL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–6004. KALSKI *v.* CALIFORNIA ASSOCIATION OF PROFESSIONAL EMPLOYEES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–6005. BARBEE *v.* CALBONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6007. KOON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–6008. MARTINEZ *v.* NOEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6016. ESTEP *v.* LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6021. MOORE *v.* GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.